

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00172-CR

PRAXEDIS VILLANUEVA, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 412th District Court of Brazoria County (Tr. Ct. No. 69425).

**TO THE 412th DISTRICT COURT OF BRAZORIA COUNTY, GREETINGS:**

Before this Court, on the 5th day of May, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

The cause heard today by the Court is an appeal from the judgment signed by the court below on February 6, 2014. After inspecting the record of the court below, the Court holds that there was an error in that portion of the trial court's judgment assessing attorney's fees of $4375.00. Accordingly, the Court **modifies** the referenced portion of the trial court's judgment by deleting the entry of $4375.00 in attorney's fees.

The Court further holds that there is no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the trial court's judgment **as herein modified.**

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 5, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

September 11, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

